UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE HOBBS

    Defendant.

Criminal No.: 2:21-mj-30334

Hon. Patricia T. Morris

---

**STIPULATION AND JOINT MOTION, AND ORDER, TO AMEND CONDITIONS OF RELEASE**

---

The parties stipulate and jointly move to amend Defendant's conditions of release to allow him to perform his work duties as a driver for various delivery services. The parties request that the Defendant be granted permission to deliver for Shipt, Instacart, and Door Dash while subject to the conditions of release, which would include amending the times Pretrial Services has already established for his GPS tether.

Respectfully Submitted,

SAMUEL J. BENNETT
Attorney for Defendant

| | |
|---|---|
| */s/Samuel Bennett*_____ | */s/with consent of Kevin Mulcahy*__ |
| Samuel Bennett | Kevin Mulcahy |
| Attorney for Defendant | Assistant United States Attorney |
| 25600 Woodward Ave., Ste. 214 | 211 W. Fort St., Ste. 2001 |
| Royal Oak, MI 48067 | Detroit, MI 48226 |
| sam@bennettplc.com | Kevin.mulcahy@usdoj.gov |
| (248) 281-6991 | (313) 226-9713 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Criminal No.: 2:21-mj-30334

Hon. Patricia T. Morris

vs.

KYLE HOBBS

    Defendant.

## ORDER TO AMEND CONDITIONS OF RELEASE

Defendant's conditions of release are amended to allow him to perform his work duties as a driver for various delivery services. Defendant is granted permission to deliver for Shipt, Instacart, and Door Dash while subject to the conditions of release which would include amending the times Pretrial Services has already established for his GPS tether.

IT IS SO ORDERED.

Date:  July 28, 2021

                                                                                      S/ PATRICIA T. MORRIS
                                                                                    Patricia T. Morris
                                                                                    United States Magistrate Judge