AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Kevin M ahy  Telephone: (313) 226-9100
Special Agent: Amy Hirina  Telephone: (248) 879-6090

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Kyle Hobbs

Case No. 2:21-mj-30334

## ARREST WARRANT

FILED USDC - CLRK DET
2021 SEP 30 PM 2:27

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kyle Hobbs

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violations of 18 USC §§ 2252A(a)(2) and 2252A(a)(5)(b) - receipt and possession of child pornography.

Date: July 6, 2021

*Issuing officer's signature*

City and state: Detroit, Michigan

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/6/2021, and the person was arrested on *(date)* 7/7/2021
at *(city and state)* Rochester, MI

Date: 7/7/21

*Arresting officer's signature*

Amy Hirina, Special Agent
*Printed name and title*
FBI

Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA