UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Kyle Hobbs,

    Defendant.
_____/

Case: 2:22−cr−20243
Assigned To : Cox, Sean F.
Case No.  Referral Judge: Patti, Anthony P.
Hon.  Assign. Date : 5/5/2022

Vio.:  18 U.S.C. § 2252A(a)(2)
       18 U.S.C. § 2253

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
18 U.S.C. § 2252A(a)(2)(A)
*Receipt of Child Pornography*

From approximately June 2019 to on or about October 1, 2020, in the Eastern District of Michigan, the defendant, KYLE HOBBS, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8); and the videos and images received by the defendant were mailed, shipped, and transported using the internet, a means and facility of interstate or foreign commerce, and were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

1

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a).

Upon conviction of the offenses alleged in this Information, KYLE HOBBS, shall, pursuant to 18 U.S.C. § 2253(a), forfeit to the United States the following:

  i. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

  ii. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  iii. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property described above as being subject to forfeiture pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred to, sold to, or deposited with a third party;
  c. has been placed beyond the jurisdiction of this Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the property subject to forfeiture described in subparagraphs (a) through (e) above.

DAWN N. ISON
United States Attorney

BRANDY R. MCMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*/s/ Kevin M. Mulcahy*

KEVIN M. MULCAHY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9713
Kevin.Mulcahy@usdoj.gov

Dated: May 3, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | AUSA's Initials: *KMM* |

**Case Title:** USA v. KYLE HOBBS

**County where offense occurred:** Oakland

**Check One:**   ☒ **Felony**   ☐ **Misdemeanor**   ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 21-mj-30334 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 3, 2022
Date

Kevin M. Mulcahy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9713
Fax:     (313) 226-2372
E-Mail address: Kevin.Mulcahy@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.