UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE HOBBS,

    Defendant.

Case No. 22-20243

HON. SEAN F. COX

## **WAIVER OF INDICTMENT**

I, KYLE HOBBS, the defendant in this case, understand that I am being charged with the following felony: Receipt of Child Pornography (18 U.S.C. Section 2252A(a)(2)(A)). I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

Dated: 5-7-22

_____
KYLE HOBBS
Defendant

_____
Samuel J. Bennett
Attorney for Defendant