UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 22-20243

HON. SEAN F. COX

vs.

KYLE HOBBS,

---

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, Kyle Hobbs, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents. I waive its being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    18 U.S.C. § 2252A(a)(2) (Receipt of Child Pornography): a minimum of 5 years in prison and up to 20 years in prison, a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release;

Dated: 5-9-22

_____
KYLE HOBBS
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 5-9-22

SAMUEL J. BENNETT
Attorney for Defendant