UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                           Case No. 2:22−cr−20243−SFC−APP
                                            Hon. Sean F. Cox

Kyle Hobbs,

                    Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Kyle Hobbs

The defendant(s) shall appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 817, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  June 1, 2022 at 03:00 PM

**ADDITIONAL INFORMATION:**   MASKS ARE REQUIRED

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/J. McCoy
                                                            Case Manager

Dated:  May 26, 2022