UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                                               Case No. 22-cr-20243

v.                                                          Hon. Sean F. Cox

Kyle Hobbs,

    Defendant.

---

### STIPULATION TO ADJOURN TRIAL AND OTHER DATES

The United States of America and Defendant stipulate and agree that there is good cause to adjourn the dates for the final pretrial conference and the trial date in this case. The parties request an adjournment of the trial date until August 9, 2022. This extension of time is necessary for the following reasons:

- The current charges relate to the receipt and possession of child pornography over a lengthy period of time;

- Due to the nature of the case, some of the evidence in this case may only be reviewed in person by defense counsel at a government facility;

- There are several identifiable victims in this case, and coordinating restitution for each victim requires additional time;

- The parties have been engaged in ongoing plea negotiations and are close to resolving the case;
- Additional time is necessary to continue these negotiations and finalize the agreement.

For these reasons, the parties stipulate and agree that period from June 3, 2022, through August 9, 2022, should be excluded from the Speedy Trial Act because the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (7). The parties further request a new motion cut-off date and pretrial conference be issued by the court consistent with the new trial date.

**IT IS SO STIPULATED**.

DAWN N. ISON
United States Attorney

*s/Kevin M. Mulcahy*
Kevin M. Mulcahy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Kevin.Mulcahy@usdoj.gov
(313) 226-9713

*s/Samuel Bennett (with consent)*
Samuel J. Bennett
Attorney for Defendant
25600 Woodward Avenue, Suite 214
Royal Oak, MI 48067
sam@bennettplc.com
(248) 281-6991

Date: June 8, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                                  Case No. 22-cr-20243

v.                                          Hon. Sean F. Cox

Kyle Hobbs,

    Defendant.

_____

**ORDER ADJOURNING TRIAL DATE
AND FINDING EXCLUDABLE DELAY**

_____

This matter coming before the court on the stipulation of the parties, and the Court adopting the reasons for an adjournment set forth in the stipulation and on the record on June 3, 2022, it is hereby

**ORDERED** that good cause exists to adjourn the trial date to August 9, 2022.

It is further **ORDERED** that the plea cutoff or final pretrial conference will be held on **July 8, 2022 at 3:00 p.m.** and that that the period from June 3, 2022, through August 9, 2022, shall be excluded from the speedy trial clock. *See* 18 U.S.C. §§ 3161(h)(1) & (h)(7). The facts set forth in the parties' stipulation are adopted by the Court and the Court finds that the facts justify the adjournment of the trial and

the exclusion of the time under the "ends of justice" subsection of the Speedy Trial Act.

**IT IS SO ORDERED**.

Dated: June 16, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge