UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KYLE HOBBS

Defendant.

Criminal No.: 2:22-20243

Hon. Sean F. Cox

---

**STIPULATION AND JOINT MOTION, AND ORDER, TO AMEND CONDITIONS OF RELEASE**

---

The parties stipulate and jointly move to amend Defendant's conditions of release for work purposes to allow him to travel to work for Amazon (1220 Featherstone Rd, Pontiac, MI 48342) with the tether being open between the hours of 12:00 a.m. to 11:59 p.m. The Defendant will be working from 1:20 a.m. to 11:50 a.m. Tuesday through Friday, with opportunity for overtime during peak holiday seasons and potential for 12+ hour shifts to be assigned at random, while subject to all other release conditions.

Respectfully Submitted,

SAMUEL J. BENNETT
Attorney for Defendant

SJB/rl

/s/Samuel Bennett
Samuel Bennett
Attorney for Defendant
25600 Woodward Ave., Ste. 214
Royal Oak, MI 48067
sam@bennettplc.com
(248) 281-6991

/s/Kevin Mulcahy w/permission
Kevin Mulcahy
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Kevin.mulcahy@usdoj.gov
(313) 226-9713

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KYLE HOBBS

       Defendant.

Criminal No.: 2:22-20243

Hon. Sean F. Cox

---

## ORDER TO AMEND CONDITIONS OF RELEASE

---

Defendant's conditions of release are amended to allow him to travel to work for Amazon (1220 Featherstone Rd, Pontiac, MI 48342) with the tether being open between the hours of 12:00 a.m. to 11:59 p.m., while subject to the conditions of release which would include amending the times Pretrial Services has already established for his GPS tether.

IT IS SO ORDERED.

Dated: August 5, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge