UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KYLE HOBBS

        Defendant.

Criminal No.: 22-20243

Hon. Sean F. Cox

---

**STIPULATION AND JOINT MOTION, AND ORDER, TO CONTINUE SENTENCING**

---

        The parties jointly submit this stipulation and request that the Court order that the sentencing be continued for approximately 14 days. The adjournment will allow defense counsel additional time put forth the best arguments for the defendant. Additionally, defense counsel has a scheduling conflict as he will be in a Jury Trial in Oakland County before Judge Martha D. Anderson commencing on November 14, 2022, for a capital case that is expected to take the full 5 days that the court has set aside for that trial. The parties agree that such an adjournment serves the ends of justice and outweighs the best interest of the public and defendant. The parties agree and ask the Court to order that the amount of time from the current sentencing date of November 18, 2022, be continued to December 2, 2022.

        The parties further stipulate and request that the Court find that, in light of the factors set forth in § 3161(h)(7)(B), the ends of justice served by this continuance outweigh the best interests of the defendant and the public.

Respectfully Submitted,

SAMUEL J. BENNETT
Attorney for Defendant

| | |
|---|---|
| */s/Samuel Bennett*_____ | */s/Kevin Mulcahy (w/permission)*____ |
| Samuel Bennett | Kevin Mulcahy |
| Attorney for Defendant | Assistant United States Attorney |
| 25600 Woodward Ave., Ste. 214 | 211 W. Fort St., Ste. 2001 |
| Royal Oak, MI 48067 | Detroit, MI 48226 |
| sam@bennettplc.com | Kevin.mulcahy@usdoj.gov |
| (248) 281-6991 | (313) 226-9713 |

Dated: October 12, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE HOBBS

    Defendant.

Criminal No.: 22-20243

Hon. Sean F. Cox

## ORDER CONTINUING SENTENCING

**IT IS SO ORDERED** that the sentencing date in this matter is reset to December 2, 2022, at 2:00 p.m. and that the time period be excluded under 18 U.S.C. §3161 (h)(7)(B).

Accordingly, the Court finds, after considering the factors set forth in 18 U.S.C. §3161 (h)(7)(B)., that the ends of justice served by this continuance outweigh the best interests of the public and the defendant and that the 14-day continuance qualifies as excludable delay.

**IT IS SO ORDERED.**

Dated:  October 14, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge