MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,                        Case No. 22-cr-20243

v.                                      Hon. Sean F. Cox

KYLE HOBBS,

          Defendant.

**NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY**

**To:**    **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

*Add the following AUSA(s):*

Name:   Christopher W. Rawsthorne

Bar ID:   P84401

Telephone:   (313) 226-9160

Fax:   (313) 226-2372

Email: christopher.rawsthorne@usdoj.gov

*Terminate the following AUSA(s):*

Name: 

Telephone: 

 

                                          *s/Christopher W. Rawsthorne*
                                          Assistant United States Attorney
                                          211 W. Fort Street, Suite 2001
                                          Detroit, Michigan 48226
                                          (313) 226-9160
                                          christopher.rawsthorne@usdoj.gov
Dated:  November 7, 2022                 P84401