UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                        Case No. 2:22-cr-20243-SFC-APP
                                              Hon. Sean F. Cox

Kyle Hobbs,

                    Defendant(s),

### NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Sean F. Cox as follows:

Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for: Kyle Hobbs

- STATUS CONFERENCE: November 17, 2022 at 11:00 AM

The conference shall be initiated by Defense Counsel..

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** Defense counsel shall arrange the call and contact the Court at (313) 234-2650 when all parties are on the line.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/J. McCoy
                                                           Case Manager

Dated: November 15, 2022