MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 22-cr-20243

   v.                                    Hon. Sean F. Cox

KYLE HOBBS,

       Defendant.

## NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To:**     **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

*Add the following AUSA(s):*

Name:     Tara Mathena Hindelang

Bar ID:     P78685

Telephone:     (313) 226-9543

Fax:     (313) 226-2372

Email:     Tara.Hindelang@usdoj.gov

*Terminate the following AUSA(s):*

Name:

Telephone:

                                                 *s/Tara Mathena Hindelang*
                                                 TARA MATHENA HINDELANG
                                                 Assistant United States Attorney
                                                 211 W. Fort Street, Suite 2001
                                                 Detroit, MI 48226-3211
                                                 (313) 226-9543

Dated:   November 15, 2022                  Tara.Hindelang@usdoj.gov