UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE HOBBS

    Defendant.

Criminal No.: 22-20243

Hon. Sean F. Cox

## ORDER TO AMEND CONDITIONS OF RELEASE

The Defendant is permitted to leave the Eastern District of Michigan and travel to Mankato, Minnesota, leaving on November 18, 2022, and returning November 21, 2022. He will be remain on location monitoring with a GPS tether and comply with all requirements of the location monitoring program as ordered. The Defendant will provide Pretrial Services with all travel information including the make, model, and plate of any vehicle he will be utilizing and/or other methods of travel including but not limited to ticket confirmation for any air, train, bus, or other mode of travel. The Defendant will also provide Pretrial Services with all lodging information, and, if instructed, check in with the local US Probation or Pretrial Services Agency in the district where he will be visiting. All other conditions of bond remain in effect

    IT IS SO ORDERED.

Dated: November 17, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge