UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KYLE HOBBS

        Defendant.

Criminal No.: 22-20243

Hon. Sean F. Cox

---

**STIPULATION AND JOINT MOTION, AND ORDER, TO AMEND CONDITIONS OF RELEASE**

---

The parties stipulate and jointly move to amend Defendant's conditions of release to allow him to travel Mankato, Minnesota for the purpose of visiting his children for the dates of Monday, December 26, 2022, through Monday, January 2, 2023. The Defendant will be reserving a hotel upon confirmation of approval for travel, should the Court allow it. The Defendant will remain on GPS tether, provide Pretrial Services with all necessary information, and will check in with the local district as instructed, while subject to all other release conditions.

Respectfully Submitted,

SAMUEL J. BENNETT
Attorney for Defendant

SJB/rl

/s/Samuel Bennett
Samuel Bennett
Attorney for Defendant
25600 Woodward Ave., Ste. 214
Royal Oak, MI 48067
sam@bennettplc.com
(248) 281-6991

/s/Christopher Rawsthorne w/permission
Christopher W. Rawsthorne
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Christopher.rawsthorne@usdoj.gov
(313) 226-9600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KYLE HOBBS

        Defendant.

Criminal No.: 22-20243

Hon. Patricia T. Morris

---

**ORDER TO AMEND CONDITIONS OF RELEASE**

---

The Defendant is allowed to leave the Eastern District of Michigan and travel to Mankato, Minnesota, leaving on December 26, 2022, and returning on January 3, 2023. He will remain on location monitoring with a GPS tether and comply with all requirements of the location monitoring program as ordered. The Defendant will provide Pretrial Services with all travel information including, but not limited to ticket confirmation for any air, train, bus, or other mode of travel. The Defendant will also provide Pretrial Services with all lodging information, and, if instructed, check in with the local US Probation or Pretrial Services Agency in the district where he will be visiting. All other conditions of bond remain in full force and effect.

      IT IS SO ORDERED.

Dated:  December 9, 2022

                                                  s/Sean F. Cox
                                                  Sean F. Cox
                                                  U. S. District Judge